

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

March 12, 2026

REQUEST GRANTED.
The Court approves a three-week extension for the Government to complete its production of discovery. The Status Conference previously set for March 25, 2026 is rescheduled to April 15, 2026 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent, excludes time from March 13, 2026 until April 15, 2026 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time will allow the Government to finalize its Rule 16 discovery and the defendant to review it and evaluate potential motions.

3/13/2026   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF and EMAIL**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Teddy Caceres*, 26 Cr. 62 (LJL)

Dear Judge Liman:

The Government respectfully writes, with the consent of defense counsel, to request a brief adjournment of the current discovery deadlines. The Government's Rule 16 productions were due today. However, the volume of data extracted from the cellphones obtained in this case is larger than initially anticipated, and the review for responsive materials is taking time. In addition, the Government is continuing to obtain certain medical records responsive to its discovery obligations. Accordingly, the Government respectfully requests a three-week extension of its discovery deadline to complete its productions, and a three-week adjournment of the March 25, 2026 status conference.

If the Court grants the Government's request, the Government further requests, with consent of defense counsel, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the date of the rescheduled conference. The ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because, among other things, the exclusion of time will allow the Government to finalize its Rule 16 discovery and the defendant to review it and evaluate potential motions.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: /s/ Jared Hoffman
    Jared Hoffman
    Assistant United States Attorney
    (212) 637-1060

cc:   Steven G. Brill, Esq. (by ECF and Email)