

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

April 22, 2026

REQUEST GRANTED.
The Jury Trial previously set for November 2, 2026 is rescheduled to October 26, 2026 at 9:30AM in Courtroom 15C.  In addition, the Final Pretrial Conference previously set for October 27, 2026 is rescheduled to October 21, 2026 at 10:30AM in Courtroom 15C.

**Via ECF**
Honorable Lewis J. Liman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

4/23/2026     SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: **United States v. Teddy Caceres**
**Ind. # 26 Cr. 62 (LJL)**

Dear Judge Liman:

Given the availability of the defendant's expert, it is respectfully requested that the jury trial in this matter originally scheduled for November 2, 2026, be rescheduled for October 26, 2026.  The government consents.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Caceres

By: Steven Brill