

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

June 15, 2026

REQUEST GRANTED.
Defendant to make its pretrial motions by June 22, 2026.
Government's responses due by July 6, 2026.  Defendant's reply
due by July 13, 2026.  The Motion Hearing previously set for
July 9, 2026 is rescheduled to July 17, 2026 at 11:00AM in
Courtroom 15C at the 500 Pearl Street Courthouse.

6/16/2026     SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Via ECF**
Honorable Lewis J. Liman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re: <u>United States v. Teddy Caceres</u>**
**Ind. # 26 Cr. 62 (LJL)**

Dear Judge Liman:

     I write to respectfully request a one-week extension on the filing of defendant's pre-trial motions.  The government has no objection.  If the Court permits, I propose defense motions filed by June 22, 2026, the government's responses by July 6, 2026, and the defendant's reply by July 13, 2026.

     Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Caceres

_____

By: Steven Brill