**SULLIVAN | BRILL**
T R I A L   L A W Y E R S

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

June 22, 2026

REQUEST GRANTED.
Defendant to make its pretrial motions by July 6, 2026.
Government's responses due by July 20, 2026. Defendant's
reply due by July 27, 2026. The Motion Hearing previously set
for July 17, 2026 is rescheduled to July 30, 2026 at 10:30AM
in Courtroom 15C at the 500 Pearl Street Courthouse.

**Via ECF**
Honorable Lewis J. Liman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

6/23/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: **United States v. Teddy Caceres**
**Ind. # 26 Cr. 62 (LJL)**

Dear Judge Liman:

With the Government's consent, I am respectfully requesting a two-week extension - until July 6, 2026 - on defendant's pre-trial motion deadline.   The reason for the request is based on the need to review additional documents and review them with my Mr. Caceres.   I further request that the government's response is now due by July 20, 2026, and defendant's reply due by July 27, 2026.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Caceres

By: Steven Brill