SULLIVAN | BRILL
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

October 27, 2026

REQUEST GRANTED.
The Sentencing hearing previously set for November 24, 2026 is rescheduled to January 27, 2027 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

10/28/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Via ECF**
Honorable Lewis J. Liman
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re: United States v. Teddy Caceres**
**Ind. # 26 Cr. 62 (LJL)**

Dear Judge Liman:

Sentencing for Mr. Caceres is scheduled for November 24, 2026, with our sentencing submission due at least two weeks prior. Given my trial schedule, and the need to acquire relevant documentation in preparation for our sentencing submission, I respectfully request that the Court adjourn the sentencing hearing until mid to late January, 2027.

This is my first request for an adjournment.

The government consents to my request.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Caceres

By: Steven Brill